# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: TERRY M. WHEELER, JR. & BRENDA J. WHEELER     Case Number: 05-73977
4408 NORTH ST. APT. 2  P.O. BOX 5     SSN-xxx-xx-2071 & xxx-xx-4085
CORTLAND, IL  60112

Case filed on: 8/6/2005
Plan Confirmed on: 9/30/2005

D Dismissed

Total funds received and disbursed pursuant to the plan: $3,781.27     Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | ATTORNEY JACQUELINE MONTVILLE | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
|  | Total Legal | 1,500.00 | 1,500.00 | 1,500.00 | 0.00 |
| 999 | TERRY M. WHEELER, JR. | 0.00 | 0.00 | 120.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 120.00 | 0.00 |
| 001 | WFS FINANCIAL | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AFNI/VERIZON | 716.34 | 716.34 | 166.16 | 0.00 |
| 003 | ALLIED BUSINESS ACCOUNTS INC | 935.31 | 935.31 | 216.93 | 0.00 |
| 004 | BOWMAN, HEINTZ, BOSCIA & VICIA | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | CAMELOT RADIOLOGY | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | CITY OF SYCAMORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | CONSULTANTS IN DIAG IMAGING | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | EQUIFAX | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | EXPERIAN INFORMATION SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | FIFTH THIRD BANK | 345.56 | 345.56 | 80.15 | 0.00 |
| 011 | H&R ACCOUNTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | HARRIS BANK NA | 2,715.55 | 2,715.55 | 629.85 | 0.00 |
| 013 | HEIGHTS FINANCE | 1,662.98 | 1,662.98 | 385.72 | 0.00 |
| 014 | KISHWAUKEE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | KISHWAUKEE INTERNISTS SC | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MCCOY CHIROPRACTIC | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 1,313.45 | 1,313.45 | 304.64 | 0.00 |
| 018 | NORTHERN ILLINOIS CARDIOVASCULAR | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | PER SE TECHNOLOGIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | REDDY MEDICAL ASSOCIATES | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | RESOURCE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 023 | ROCHELLE COMMUNITY HOSPITAL | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE AGENCY INC | 653.19 | 653.19 | 151.50 | 0.00 |
| 025 | ROCKFORD PEDIATRIC PULMONOLOGY, LTD | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | THE CASH STORE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | TRANSUNION | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | RENT A CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | KRISTINA PALMER | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 8,342.38 | 8,342.38 | 1,934.95 | 0.00 |
|  | Grand Total: | 9,842.38 | 9,842.38 | 3,554.95 | 0.00 |

Total Paid Claimant:     $3,554.95
Trustee Allowance:     $226.32
Percent Paid Unsecured:     23.19

Wherefore, your petitioner prays that a final Decree be entered discharging the trustee and the trustee's surety from any and all liablility on account of the within proceedings, and closing the estate, and for such other relief as is just.  Pursuant to FRBP, I hereby certify that the subject case has been fully administered.

Report Dated:

            /s/ Lydia S. Meyer
            Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 06/25/2008                    By  /s/Heather M. Fagan